# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 0513 | E 1663090 | Shutler | C116 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☑ State Code |
|---|---|
| 06/27/2025 1130 | ORC 4503.11(A) |

**Place of Offense:** 3980 E. Broad St. Columbus, OH 43213

**Offense Description: Factual Basis for Charge** HAZMAT ☐

Failure to register vehicle

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| Smith | Ricky | A |

Street Address: [REDACTED]

| Tag No | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| HJF 9910 | OH | 17 | Honda Civic | | Red |

**A ☑** APPEARANCE IS REQUIRED — If Box A is checked, you must appear in court. See instructions.

**B ☐** APPEARANCE IS OPTIONAL — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE** (If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 85 Marconi Blvd Columbus, OH 43215 614-719-3000
Date: 10/15/2025
Time: 1100AM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature [signature]

Original - CVB Copy

*E1663090*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **June 27**, 20**25** while exercising my duties as a law enforcement officer in the **Southern** District of **Ohio**

On 27 June 2025, I, Sergeant Brandon Shutler, Defense Logistics Agency, Division of Police, was performing on-road patrol functions on the Defense Supply Center Columbus (DSCC) in a marked police cruiser. At approximately 1130hrs, I observed a Red 2017 Honda Civic, OH-HJF9910, driving on 17th Blvd without a validation sticker on the rear license plate. I initiated a traffic stop on the vehicle and Emergency Services Communications Center (ESCC) confirmed that the displayed license plate was not registered to any vehicle. ESCC also confirmed that the vehicle's Vehicle Identification Number (VIN) was not registered. The driver, Smith, Ricky A., provided me with a memorandum title with his name on it but no vehicle registration. I cited Smith under ORC 4503.11(A), for failure to register the vehicle.

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **06/27/2025** [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ _____
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident, PASS = 9 or more passenger vehicle
CDL = Commercial drivers license, CMV = Commercial vehicle involved in incident