# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 0513 | E1663089 | Shutler | C116 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 06/27/2025 1145 | ORC 4510.11(A) |

**Place of Offense:** 3990 E. Broad St. Columbus, OH 43213

**Offense Description: Factual Basis for Charge** — HAZMAT ☐
Driving Under Suspension

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| Smith | Ricky | A |

| Tag No | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| HJF 9910 | OH | 17 | Honda Civic | | Red |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.
$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date | Time |
|---|---|---|
| 85 Marconi Blvd Columbus, OH 43215  614-719-3000 | 10/15/2025 | 1100 am |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1663089*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **June 27**, 20 **25** while exercising my duties as a law enforcement officer in the **Southern** District of **Ohio**.

On 27 June 2025, I, Sergeant Brandon Shutler, Defense Logistics Agency, Division of Police, was performing on-road patrol functions on the Defense Supply Center Columbus (DSCC) in a marked police cruiser. At approximately 1130hrs, I observed a Red 2017 Honda Civic, OH-HJF9910, driving on 17th Blvd without a validation sticker on the rear license plate. I initiated a traffic stop on the vehicle and Emergency Services Communications Center (ESCC) confirmed that the driver, Smith, Ricky A., had a current suspended driver's license. I cited Smith under ORC 4510.11(A), for driving under suspension.

The foregoing statement is based upon:
☐ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **06/27/2025**
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident